# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESSE L. LUCIO,
                    Appellant,
                    vs.
THE STATE OF NEVADA,
                    Respondent.

No. 70968

FILED

OCT 20 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on August 1, 2016. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
        Cherry

_____Douglas_____, J.          _____Gibbons_____ J.
Douglas                             Gibbons

cc:     Hon. Michael Villani, District Judge
        Jesse L. Lucio
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-32858